UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 23-3238

_____

UNITED STATES OF AMERICA

v.

SHAWN BALDWIN,
                                            Appellant

_____

(D.N.J. No. 2:18-cr-00580-001)

_____

SUR PETITION FOR REHEARING

_____

Present:  CHAGARES, <u>Chief Judge</u>, and HARDIMAN, RESTREPO, BIBAS, PORTER,
        MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and
        ROTH[*], <u>Circuit Judges</u>

    The petition for rehearing filed by Appellant in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, it is hereby

**ORDERED** that the petition for rehearing by the panel is **GRANTED**.  The Clerk is

_____

[*] Judge Roth's vote is limited to panel rehearing only.

directed to file the amended opinion contemporaneously with this order. As the revisions do not affect the disposition of the appeal, the judgment will remain as filed.

A majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the Court en banc is **DENIED**.

BY THE COURT,

s/ Stephanos Bibas
Circuit Judge

Date: February 13, 2025
CLW/cc: Mark E. Coyne, Esq.
       Norman Gross, Esq.
       Laura K. Gasiorowski, Esq.